**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

---------------------------------------------------------------------------x

| | |
|---|---|
| Clifford Coston, individually and on behalf of all others similarly situated, | Civil Action No: 8:20-cv-1076 |
| Plaintiff, | |
| -v.- | |
| CAPSTONE CREDIT & COLLECTIONS, LLC and JOHN DOES 1-25, | |
| Defendant(s). | |

---------------------------------------------------------------------------x

**NOTICE OF SETTLEMENT**

Please take notice that the Parties have settled the above-referenced case. This settlement is contingent upon the execution of a written settlement agreement. The case will be dismissed by Plaintiff upon completion of specified conditions, in no more than 60 days from the date of this notice. Please vacate all currently scheduled dates in this matter.

DATED, this 24th day of August, 2020

*/s/Justin Zeig*
Justin Zeig
**Zeig Law Firm, LLC**
3475 Sheridan Street suite 310
Hollywood, FL 33021
Ph: 754-217-3084
Justin@zeiglawfirm.com

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on August 24, 2020 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Justin Zeig*
Justin Zeig, Esq.